UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN SWEENEY, | : | NO.: |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ENFIELD BOARD OF EDUCATION, | : | |
|    Defendant | : | OCTOBER 14, 2014 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§1441, 1443 and 1446, the defendant hereby gives notice that it has removed this action from the Superior Court of Connecticut, Judicial District of Hartford at Hartford for the following reasons:

1.    Plaintiff has commenced an action against the defendant in the Judicial District of Hartford at Hartford, by service of a Summons and Complaint dated May 9, 2014. The plaintiff served a copy of the Summons and Complaint upon the municipal defendant on or about May 12, 2014. Pursuant to 28 U.S.C. § 1446(a), the defendant has attached said Summons and Complaint hereto.

2.    The above-described action is a civil action and is one which may be removed to the Court by the defendant pursuant to the provisions of Title 28, United States Code §§ 1441, 1331 and 1343(a)(3), in that the Complaint alleges that the defendant's acts and omissions violated the plaintiff's rights enumerated in 42 U.S.C. § 1983.

3.    The was returnable to the Superior Court for the Judicial District of Hartford at Hartford on June 3, 2014.

2

4. Attached hereto, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the defendant to date.

5. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331 and 1343(a)(3), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

WHEREFORE, the defendant prays that the above action now pending in the Superior Court of Hartford at Hartford be removed therefrom to this Court.

DEFENDANT,
ENFIELD BOARD OF EDUCATION


By  /s/ Cindy A. Miller
    Cindy A. Miller [ct29117]
    Rose Kallor, LLP
    750 Main Street, Suite 606
    Hartford, CT  06103
    860-748-4660
    860-241-1547 (fax)
    E-mail: cmiller@rosekallor.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent to all counsel of record, via the United States Postal Service, First Class Mail, postage prepaid, this 14th day of October, 2014.

Kevin J. Greene, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103


                                                        __/s/ Cindy A. Miller_____
                                                        Cindy A. Miller

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEAN SWEENEY, | : | NO.: |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ENFIELD BOARD OF EDUCATION, | : | |
|    Defendant | : | OCTOBER 14, 2014 |

## CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL

The undersigned defendant hereby certifies that the annexed Notice of Filing of Notice of Removal, together with a copy of the Notice of Removal, was mailed on October 14, 2014 to the office of the Clerk of Superior Court, Judicial District of Hartford at Hartford, 95 Washington Street, Hartford, CT 06106 and that true and correct copies of the same were mailed, postage prepaid, to Kevin J. Greene, Esq., Halloran & Sage, 225 Asylum Street, Hartford, CT 06103, counsel for the plaintiff.

                                            DEFENDANT,
                                            ENFIELD BOARD OF EDUCATION


                                            By__/s/ Cindy A. Miller_____
                                                Cindy A. Miller [ct29117]
                                                Rose Kallor, LLP
                                                750 Main Street, Suite 606
                                                Hartford, CT  06103
                                                860-748-4660
                                                860-241-1547 (fax)
                                                E-mail: cmiller@rosekallor.com

**CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent to all counsel of record, via the United States Postal Service, First Class Mail, postage prepaid, this 14th day of October, 2014.

Kevin J. Greene, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103


                                                                                  __/s/ Cindy A. Miller_____
                                                                                   Cindy A. Miller